# FRIER LEVITT
ATTORNEYS AT LAW

Jonathan E. Levitt, Esq. (Bar No. 65680)
Todd Mizeski, Esq. (Bar No. 25122001N)
Lucas W. Morgan, Esq. (Bar No. 120222014N)
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650
Attorneys for Plaintiff, SPRX, Inc. d/b/a InjuryScripts

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SPRX, INC. D/B/A INJURYSCRIPTS,<br><br>                          Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC.,<br><br>                          Defendant. | Civil Action No. _____<br><br><br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER** |

**PLEASE TAKE NOTICE** that on Wednesday December 7, 2023 at 10:00 a.m. or as soon thereafter as possible, Plaintiff, SPRX, Inc. d/b/a InjuryScripts ("Plaintiff" or "InjuryScripts"), will move for a Temporary Restraining Order against Defendant enjoining Express Scripts, Inc. ("Defendant" or "Express Scripts") from terminating Plaintiff, InjuryScripts' participation in Express Scripts' Networks and requesting the following relief:

**<u>TEMPORARY RESTRAINTS</u>**

That Defendant, Express Scripts, Inc. is temporarily restrained, pending further Order of this Court, from terminating Plaintiff, InjuryScripts participation in Express Scripts' Networks; and

That Defendant, Express Scripts, Inc. show cause before this Court on the ___ day of _____ 2023 at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an Order should not be issued restraining Defendant from terminating Plaintiff, InjuryScripts' participation in

1

Express Scripts' Networks; and

Defendant, Express Scripts, Inc.'s Answering Brief, Affidavit(s), and/or Declaration(s) in Opposition to Plaintiff's Order to Show Cause why a temporary restraining order should not be issued, shall be served upon Plaintiff's Counsel, Jonathan E. Levitt, Esq. and Lucas W. Morgan, Esq., Frier Levitt, LLC, 84 Bloomfield Avenue, Pine Brook, NJ, on or before _____ __, 202_; and

**SERVICE OF SUMMONS AND VERIFIED COMPLAINT PURSUANT TO FED. R. CIV. P. 4, AND DEFENDANTS' ANSWER**

That Plaintiff shall serve the Verified Complaint and Summons upon Defendant pursuant to Fed. R. Civ. P. 4; and Defendant shall serve and file its Answer to the Verified Complaint upon attorneys for Plaintiff within twenty-one (21) days from the date of service of the Verified Complaint and that if Defendant fails to so file and serve its Answer, judgment by default shall be rendered against it for the relief demanded in the Verified Complaint.

**FRIER LEVITT, LLC**

By: /s/ *Lucas W. Morgan, Esq.,*
Jonathan E. Levitt (Bar No. 65680)
Todd Mizeski, Esq. (Bar No. 25122001N)
Lucas W. Morgan, Esq. (Bar No. 120222014N)
84 Bloomfield Avenue
Pine Brook, NJ 07058
Attorneys for Plaintiff,
SPRX, Inc. d/b/a InjuryScripts

Dated: December 6, 2023