**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SPRX, INC. d/b/a INJURYSCRIPTS,<br><br>Plaintiff,<br>v.<br><br>EXPRESS SCRIPTS, INC.,<br><br><br>Defendant. | Civil Action No. 4:23-cv-1565-SEP<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, SPRX, Inc. d/b/a InjuryScripts, by and through undersigned counsel, hereby dismisses with prejudice all claims in this action, with each party bearing their own costs, in light of the amicable settlement that was reached between the parties on March 8, 2024.

Dated: March 11, 2024

**FRIER LEVITT, LLC**

*/s/ Geordan L. Ferguson, Esq.*

Jonathan E. Levitt, Esq., #65680
Todd Mizeski, Esq., #25122001N
Lucas W. Morgan, Esq. #120222014N
Geordan L. Ferguson, Esq. #383592022N
84 Bloomfield Ave.
Pine Brook, NJ 07058
(973) 618-1660
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
lmorgan@frierlevitt.com
gferguson@frierlevitt.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of March 2024, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Geordan L. Ferguson*